# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

I2 OCT 12 PM 4:09

UNITED STATES OF AMERICA,

CASE NO. 12cr3906-H

Plaintiff,

vs.

**JUDGMENT OF DISMISSAL**

MICHELLE VILLAVICENCIO (2),

Defendant.

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 11, 2012

Nita L. Stormes
U.S. Magistrate Judge